## BARRE *v.* COVENTRY.

### *Pauper. Residence.*

The pauper left the town of C. in 1869. From Nov. 1, 1869, to Nov. 27, 1872, he resided with his father in Westmore, and from September, 1873, to February, 1877, in Barton. The pauper was born Oct. 21, 1852. While residing with his father he was maintained by him in part and in part maintained himself. *Held,* that he had no such residence in C. as would entitle the plaintiff to recover of it for support furnished in 1887.

Assumpsit by the town of Barre against the town of Coventry for support furnished one E. A. Clark, a pauper, in the summer of 1887. Heard at the March term, 1890, Washington county, Powers, J., presiding, upon the report of a referee. Judgment, *pro forma,* for the defendant. The plaintiff excepts.

The facts material to the decision of the case appear in the head note and opinion.

*W. A. & O. B. Boyce,* for the plaintiff.

*Dickerman & Young,* for the defendant.

The opinion of the court was delivered by

TYLER, J. The referee finds and reports that during the period from Nov. 1, 1869, to Nov. 27, 1872, the residence of the pauper, Edgar A. Clark, was with his father in Westmore, and that from September, 1873, to February, 1877, it was in Barton. This finding, together with the fact that he never returned to Coventry to reside after he left there with his father in 1869, precludes the idea that he had a residence in that town in 1877, when Barre furnished him and his son support.

No question of law arises on the report and the judgment thereon for the defendant is affirmed.